IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRUSTEES OF THE PLUMBERS )
AND PIPEFITTERS NATIONAL )
PENSION FUND, )
    Plaintiff, )
)
v. ) Civil Action No. 1:10cv683
)
IMPERIAL MECHANICAL, INC., )
    Defendant. )

## JUDGMENT ORDER

Upon consideration of the October 25, 2010 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the October 25, 2010 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against defendant in the total amount of $9,343.91.

The Clerk is **DIRECTED** to enter judgment pursuant to Rule 58, Fed. R. Civ. P. and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a certified copy of this Judgment Order to defendant and to all counsel of record.

Alexandria, VA
November 17, 2010

/s/
T. S. Ellis, III
United States District Judge